Submitted on record and briefs August 4, affirmed August 25, 1993

## STATE OF OREGON,
*Respondent,*

*v.*

## BRANDY CHEINE SHAMSUD-DIN,
*Appellant.*

(C920485CR; CA A77683)

856 P2d 647

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

Timothy P. Dunn, Aloha, filed the brief for appellant.

Theodore R. Kulongoski, Attorney General, Virginia L. Linder, Solicitor General, and Jonathan H. Fussner, Assistant Attorney General, Salem, filed the brief for respondent.

Before Deits, Presiding Judge, and Richardson, Chief Judge, and Durham, Judge.

PER CURIAM

Affirmed. *State v. Tanner*, 121 Or App 104, 854 P2d 941 (1993).